UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDUARDO HERNANDEZ,                )      Case No. CV 07-6754 PA(JC)
                    Petitioner,   )      JUDGMENT
                                  )
            v.                    )
                                  )
DEBRA DEXTER, Warden,             )
                                  )
                    Respondent.   )

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") is granted, the Petition is denied and this action is dismissed with prejudice.

DATED: January 14, 2009

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE