# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ, | Case No. CV 07-6754 PA(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: May 4, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE